UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN ORLANDO MARTIN,<br><br>  Plaintiff,<br><br>  v.<br><br>FRED FOULK, et al.,<br><br>  Defendants. | No. 2:16-cv-1929-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On August 18, 2016, the court ordered plaintiff to submit either the filing fee or the in forma pauperis application required by 28 U.S.C. § 1915(a).  ECF No. 3.  On the same day, plaintiff's application for leave to proceed in forma pauperis was entered on the court's docket.  ECF No. 4.  Accordingly, the court's August 18, 2016 order (ECF No. 3) is vacated.  In due court, the court will issue a screening order pursuant to 28 U.S.C. § 1915A and rule on plaintiff's application for leave to proceed in forma pauperis.

So ordered.

Dated:  August 19, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE