IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BEN ORLANDO MARTIN,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**FRED FOULK, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:16-cv-1929-KJM-EFB (PC)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER AND STAY DISCOVERY**<br><br>Judge:　　　　Honorable Edmund F. Brennan<br>Trial Date:　　N/A<br>Action Filed:　August 15, 2016 |

Based on the briefing submitted in Defendants' Motion to Modify Scheduling Order and Stay Discovery, and good cause appearing therein, the Court orders that:

1. The Motion to Modify the Scheduling Order and Stay Discovery is GRANTED; and,
2. Discovery in this action is stayed pending the outcome of the July 5, 2018 settlement conference. If the settlement conference is unsuccessful, the Court will issue a further order setting a new discovery deadline and dispositive motion deadline.

Dated: May 30, 2018.

　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE