UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN ORLANDO MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FRED FOULK, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1929-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff requests a 25-day extension of time to respond to defendants' interrogatories and requests for production. ECF No. 42. Good cause appearing, the motion is granted and plaintiff shall have an additional 25 days from the date of this order to respond to defendants' interrogatories and requests for production.

So ordered.

DATED: September 17, 2018.

　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE