IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BEN ORLANDO MARTIN,**

Plaintiff,

v.

**F. FOULK, et al.,**

Defendants.

Case No. 2:16-cv-1929-KJM-EFB (PC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY SCHEDULING ORDER**

Defendants have requested a modification of the Discovery and Scheduling Order to extend the deadline to take Plaintiff's deposition until February 15, 2019, and the dispositive motion deadline until May 17, 2019. Good cause appearing therein, IT IS HEREBY ORDERED that:

1. Defendants' request for a modification of the Discovery and Scheduling Order is GRANTED;
2. Defendant shall have until February 15, 2019, to take Plaintiff's deposition; and,
3. The parties may file any dispositive motion no later than May 17, 2019.

Dated: November 26, 2018.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE