IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**BEN ORLANDO MARTIN,**

Plaintiff,

v.

**FRED FOULK, et al.,**

Defendants.

Case No. 2:16-cv-1929-KJM-EFB (PC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' THIRD REQUEST TO MODIFY SCHEDULING ORDER**

Judge: The Honorable Edmund F. Brennan
Trial Date: Not Set
Action Filed: August 15, 2016

Defendants have requested a modification of the Discovery and Scheduling Order to extend the dispositive motion deadline until February 5, 2020, ninety (90) days after completion of a second settlement conference that is set to occur on November 5, 2019. Good cause appearing therein, IT IS HEREBY ORDERED that:

1. Defendants' request for a modification of the Discovery and Scheduling Order is GRANTED; and

2. The dispositive motion deadline of September 6, 2019 is vacated; and

/ / /

/ / /

/ / /

1

3. The parties may file any dispositive motion no later than February 5, 2020.

Dated: August 22, 2019

_____
The Honorable Edmund F. Brennan

SA2017307108
13944970.docx

2

[Proposed] Order Granting Defs.' Third Request to Modify Scheduling Order (2:16-cv-1929-KJM-EFB (PC))